First Department, October, 1957

(October 1, 1957)

In the Matter of the Estate of Louisa Getto, Deceased. Johanna Fabricius, Appellant; Meta Staudte, as Surviving Executrix of Louisa Getto, Deceased, Respondent.— Motion denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

First Department, February, 1958

(February 4, 1958)

The People of the State of New York, Respondent, v. Thomas G. Daniel, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

Louise Jacobson, as Executrix of Gunther Jacobson, Deceased, et al., Respondents, v. Freedman & Slater, Inc., Appellant, et al., Defendants.— Order unanimously reversed on the law and motion for summary judgment denied, without costs. Special Term referred the matter to the Official Referee to hear and determine, among other things, the title to the fund in dispute. This was an issue raised by the pleadings that must be determined by plenary action before the appellant can be directed to account. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.